UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADAM DAHHANE,

    Plaintiff/Counter-Defendant,

v.         **ORDER**
           Civil File No. 15-1229 (MJD/JJK)

LINDA LORRAINE STANTON,
a/k/a LINDA LORRAINE STANTON-DAHHANE;
and BONNIE LYNN STANTON,

    Defendants/Counter-Plaintiffs.

Adam Dahhane, pro se.

Amadu Edward Swaray, Law Offices of Swaray & Associates, PA, Counsel for Defendants.

    The above-entitled matter comes before the Court on Plaintiff's objection to Magistrate Judge Jeffrey J. Keyes' June 3, 2015, Order [Docket No. 21] issuing a briefing schedule for Plaintiff's Motion to Strike Defendants' Affirmative Defenses and Jury Demand and to Dismiss Defendants' Counterclaims [Docket No. 12].

1

This Court will reverse a magistrate judge's order on a nondispositive issue if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a). The Court has reviewed the submissions and the record in this case and concludes that Magistrate Judge Keyes' June 3, 2015, Order is neither clearly erroneous nor contrary to law. Therefore, the Order is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. United States Magistrate Judge Jeffrey J. Keyes' June 3, 2015, Order [Docket No. 21] is **AFFIRMED**.

2. Plaintiff's Objection [Docket No. 24] is **OVERRULED**.


Dated:  July 10, 2015                    s/ Michael J. Davis
                                         Michael J. Davis
                                         United States District Court