**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Adam Dahhane,                           Civil No. 15-1229 (MJD/JJK)

    Plaintiff,

v.                                      **ORDER**

Linda Lorraine Stanton
*a/k/a Linda Lorraine Stanton-Dahhane*, and
Bonnie Lynn Stanton,

    Defendants.

---

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated August 4, 2015, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to strike affirmative defenses is **DENIED**;

2. Plaintiff's motion to dismiss Defendants' counterclaims is **GRANTED**; and

3. Plaintiff's motion to strike Defendants' demand for a jury trial is **DENIED**.

Date: August 24, 2015

                                           <u>s/Michael J. Davis</u>
                                           Michael J. Davis
                                           United States District Court Judge